**Order entered September 1, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00193-CR

**JAMES SHELLY TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F18-30705-I**

## ORDER

Before the Court is appellant's August 31, 2022 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed by September 30, 2022.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE